IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHAD MUSTAFAA SHADEED,

      Plaintiffs,

    v.

BOARD OF PRISON TERMS, et al.,

      Defendants.
_____/

No. CIV S-06-1456 FCD DAD PS

FINDINGS AND RECOMMENDATIONS

This case was referred to the undersigned pursuant to Local Rule 72-302(c)(21). The matter came before the court on March 23, 2007, for a status (pretrial scheduling) conference. Plaintiff Rashad Mustafaa Shadeed appeared pro se. No appearance was made on behalf of any defendant.[1]

/////
/////
/////
/////

---

[1] Bobbie J. Montoya, Assistant United States Attorney, appeared specially to inform the court that the federal defendants sued as United Penitentiary of Beaumont, Texas and wardens Chandler, Miles, and Outlaw have received documents from plaintiff but have not been properly served with process pursuant to Federal Rule of Civil Procedure 4.

1

1    This case previously came before the court on September 29, 2006, for hearing of
2 defendant Mary McNamara's motion to dismiss.[2]  During the hearing, plaintiff inquired
3 concerning further proceedings.  The court advised plaintiff that no other defendant had appeared
4 in the case and the docket did not reflect that plaintiff had effected proper service of the
5 summons and complaint on other defendants.  Plaintiff was informed that Rule 4 of the Federal
6 Rules of Civil Procedure governs service of the summons and complaint, and he was cautioned
7 that Rule 4 requires service of the summons and complaint within 120 days after a complaint is
8 filed.  Plaintiff was also informed that a status conference would be set and, if no additional
9 defendants had appeared in the case by the time of the status conference, dismissal of the case
10 might be recommended.  The court's order filed February 7, 2007, setting the status conference
11 cautioned plaintiff again that "Rule 4(m) of the Federal Rules of Civil Procedure provides that
12 this action may be dismissed if service is not accomplished within 120 days from the date the
13 complaint was filed." (Order filed Feb. 7, 2007, at 2.)

14    This action was filed June 30, 2006.  More than 240 days have elapsed, and
15 plaintiff has not filed evidence of proper service of the summons and complaint on the
16 defendants, and no defendant other than Mary McNamara has appeared.  At the status
17 conference, plaintiff did not offer evidence of proper service of additional defendants and did not
18 show good cause for his failure to effect such service.  Pursuant to Federal Rule of Civil
19 Procedure 4(m), the court may dismiss an action where service of summons was not made within
20 120 days after the filing of the complaint and the plaintiff has not shown good cause for the
21 failure.

22 /////
23 /////

---

[2] In findings and recommendations filed December 6 2006, the undersigned recommended that defendant McNamara's motion be granted and that defendant McNamara be dismissed from this action with prejudice.  Plaintiff did not file objections.  The findings and recommendations were adopted on January 10, 2007.

2

1  Accordingly, IT IS HEREBY RECOMMENDED that:

2  1. Plaintiff's revelatory motions 1 through 23 filed March 12, 2007 be denied; and

3  2. This action be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after being served with these findings and recommendations, either party may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\shadeed1456.4mf&r

3