IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHAD MUSTAFAA SHADEED,

    Plaintiff,

vs.

BOARD OF PRISON TERMS, et al.,

    Defendants.

No. CIV S-06-1456 FCD DAD PS

ORDER

/

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On March 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 26, 2007, are adopted in full;

2. Plaintiff's revelatory motions 1 through 23 filed March 12, 2007 are denied; and

3. This action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED: April 27, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2