IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHAD MUSTAFAA SHADEED,

    Plaintiff,   No. CIV S-06-1456 FCD DAD PS

    v.

BOARD OF PRISON TERMS, et al.,   ORDER

    Defendants.

_____/

    On April 30, 2007, this action was dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), and judgment was entered accordingly. The case is now closed. IT IS ORDERED that plaintiff's April 25, 2007 request for a settlement conference is denied as moot, and the documents attached to plaintiff's request will be disregarded.

DATED: May 1, 2007.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\shadeed1456.ord.reqden